Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Counsel for the Highland Claimant Trust*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |
| THE DUGABOY INVESTMENT TRUST, Appellant, v. HIGHLAND CLAIMANT TRUST, Appellee. | Civil Case No. 3:25-cv-02724-L |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that Melissa S. Hayward of Hayward PLLC appears on behalf of appellee the Highland Claimant Trust as local counsel pursuant to Local Civil Rule 83.10. Any document or other information required to be served on counsel pursuant to the Federal Rules of

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Civil Procedure, the Federal Rules of Bankruptcy Procedure, this Court's Local Civil Rules, or applicable orders of this Court should be sent to:

> Hayward PLLC
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231
> Attn: Melissa S. Hayward
> Telephone/Facsimile: (972) 755-7100
> Email: MHayward@HaywardFirm.com

[*Remainder of Page Intentionally Blank*]

DATED: October 7, 2025

        Respectfully submitted,

        **HAYWARD PLLC**

        By: */s/ Melissa S. Hayward*
            Melissa S. Hayward
            Texas Bar No. 24044908
            MHayward@HaywardFirm.com
            Zachery Z. Annable
            Texas Bar No. 24053075
            ZAnnable@HaywardFirm.com
        10501 N. Central Expy, Ste. 106
        Dallas, Texas 75231
        Telephone/Fax: (972) 755-7100

        **COUNSEL FOR THE**
        **HIGHLAND CLAIMANT TRUST**

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 7, 2025, a true and correct copy of the foregoing *Notice of Appearance* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

        */s/ Melissa S. Hayward*
        Melissa S. Hayward