PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (NY Bar No. 2680882)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for the Highland Claimant Trust*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| THE DUGABOY INVESTMENT TRUST, | § | |
| | § | |
| Appellant, | § | |
| | § | Case No. 3:25-cv-02724-L |
| v. | § | |
| | § | |
| HIGHLAND CLAIMANT TRUST, | § | |
| | § | |
| Appellee. | § | |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4911-6845-2464.1 36027.003

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1**

Highland Claimant Trust ("Appellee"), appellee in the above-referenced matter (the "Appeal"), pursuant to Rule 8012.1 of the *Local Bankruptcy Rules* for the Northern District of Texas, hereby submits the following *Certificate of Interested Persons* (the "CIP"):

1. Highland Claimant Trust, appellee in this Appeal, and its counsel, Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

2. Appellant The Dugaboy Investment Trust, appellant in this Appeal, and its counsel, Winston & Strawn LLP (Geoffrey S. Harper and John Michael Gaddis) and Crawford, Wishnew & Lang PLLC (Michael J. Lang and Alexandra Ohlinger).

3. Appellee reserves the right to amend or supplement this CIP as and if necessary or appropriate.

Dated:  October 14, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (NY Bar No. 2680882)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com
hwinograd@pszjlaw.com

 - and -

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Highland Claimant Trust*

4911-6845-2464.1 36027.003

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 14, 2025, a true and correct copy of the foregoing *Certificate of Interested Persons* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

                                          */s/ Zachery Z. Annable*
                                          Zachery Z. Annable