Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
214) 453-6400 (fax)

Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
CRAWFORD, WISHNEW & LANG PLLC
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Appellant The Dugaboy Investment Trust*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) | |
| | ) | |
| THE DUGABOY INVESTMENT TRUST, | ) | Case No. 3:25-cv-02724-l |
| Appellants, | ) | |
| v. | ) | |
| HIGHLAND CLAIMANT TRUST | ) | |
| Appellee. | ) | |

**APPELLANT THE DUGABOY INVESTMENT TRUST'S
CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas, The Dugaboy Investment Trust ("the Trust" or "Appellant"), appellant in the above-referenced matter (the "Appeal"), hereby submits its Certificate of Interested Persons and would show the Court as follows:

1. The Dugaboy Investment Trust is the only Appellant in this Appeal.

2. Mr. James Dondero is the 100% primary irrevocable beneficiary of the Dugaboy Investment Trust, and accordingly has a financial interest in the outcome of this Appeal.

3. The Dugaboy Investment Trust is represented in this Appeal by Michael J. Lang of Crawford, Wishnew & Lang PLLC, and by Geoffrey S. Harper and John Michael Gaddis of Winston & Strawn LLP.

4. Highland Capital Management, L.P. is an Appellee in this Appeal and is also the reorganized debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas. Highland Capital Management, L.P. is represented in this Appeal by Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

5. Highland Claimant Trust is an Appellee in this Appeal, and is represented by Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

6. Appellant reserves the right to amend or supplement this Certificate of Interested Persons if necessary or appropriate.

1

Dated: October 14, 2025                        Respectfully submitted,

                                               **WINSTON & STRAWN LLP**

                                               By: */s/ Geoffrey S. Harper*

                                               Geoffrey S. Harper
                                               Texas Bar No. 00795408
                                               gharper@winston.com
                                               John Michael Gaddis
                                               Texas Bar No. 24069747
                                               mgaddis@winston.com
                                               2121 N. Pearl Street, Suite 900
                                               Dallas, TX 75201
                                               (214) 453-6500
                                               (214) 453-6400 (fax)

                                               Michael J. Lang
                                               Texas State Bar No. 24036944
                                               mlang@cwl.law
                                               **CRAWFORD, WISHNEW & LANG PLLC**
                                               1700 Pacific Ave, Suite 2390
                                               Dallas, Texas 75201
                                               Telephone: (214) 817-4500

                                               ***Counsel for Appellant The Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2025, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                                               */s/ Geoffrey S. Harper*
                                               Geoffrey S. Harper