IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br>HIGHLAND CAPITAL<br>MANAGEMENT, L.P.<br><br>THE DUGABOY INVESTMENT<br>TRUST,<br><br>      Appellant,<br><br>v.<br><br>HIGHLAND CLAIMANT TRUST,<br><br>      Appellee. | Civil Action No. **3:25-CV-2724-L** |

## ORDER

Before the court are Applications for Admission Pro Hac Vice ("Applications"), Jeffrey N. Pomerantz (Doc. 4); Hayley R. Winograd (Doc. 5); Jordan A. Kroop (Doc. 6); Gregory V. Demo (Doc. 7); and John A. Morris (Doc. 8) (collectively, "Applicants"). All Applications were filed on October 9, 2025. In reviewing the Applications, three of the Applicants seeking to appear *pro hac vice* have appeared as such individually in over thirty cases in the Northern District of Texas. Another Applicant has appeared as *pro hac vice* five times in this court.

From an economical and efficiency point of view, the court does not understand why Applicants do apply for admission to the Northern District of Texas. The court sees no utility in repeatedly submitting an Application for *pro hac vice*. The court, therefore, **denies without prejudice**, all four Applications. If Applicants have already paid their admission fee, the court **directs** the clerk of court to return such fees to Applicants.

Order – Page 1

**It is so ordered** this 16th day of October, 2025.

                                              Sam A. Lindsay
                                              United States District Judge