**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.,** | § | |
| | § | |
| Reorganized Debtor, | § | |
| | § | |
| | § | |
| **THE DUGABOY INVESTMENT** | § | |
| **TRUST,** | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-cv-2724-L** |
| | § | |
| | § | |
| **HIGHLAND CLAIMANT TRUST**, | § | |
| | § | |
| Appellee. | § | |

## ORDER

Before the court is Appellant The Dugaboy Investment Trust's ("Appellant") Unopposed Motion to Stay and Modify Appellate Briefing Deadlines Pending the Bankruptcy Court's Resolution of Highland's Motion to Strike Items from the Appellate Record ("Motion") (Doc. 19), filed December 19, 2025. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, all proceedings and briefing deadlines in this appeal are hereby stayed pending the Bankruptcy Court's ruling on Appellee Highland Claimant Trust's ("Appellee") Motion to Strike ("Motion to Strike"). Appellant's opening brief is due **40 days** after the entry of the Bankruptcy Court's order on the Motion to Strike; Appellee's response brief is due **30 days** after the filing of Appellant's opening brief; and Appellant's reply brief will be due **14 days** after the filing of Appellee's response brief. *No further extensions will be granted.*

**Order – Page 1**

**It is so ordered** this 23rd day of December, 2025.

Sam A. Lindsay
United States District Judge