# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE:<br>HIGHLAND CAPITAL<br>MANAGEMENT, L.P.<br><br>THE DUGABOY INVESTMENT<br>TRUST,<br><br>      Appellant,<br><br>v.<br><br>HIGHLAND CLAIMANT TRUST,<br><br>      Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. **3:25-CV-2724-L**<br>§<br>§<br>§<br>§ |

## ORDER

Before the court is Appellee Highland Claimant Trust's Unopposed Motion for Extension of Time to File Response ("Motion") (Doc. 24), filed March 12, 2026. After considering the Motion and the representation of the parties expressed therein, it is therefore **ordered** that the Motion is **granted**; and further **ordered** that the deadline for Appellee Highland Claimant Trust to file its Response is **May 1, 2026**.

**It is so ordered** this 13th day of March, 2026.

                                                                           _____
                                                                           Sam A. Lindsay
                                                                           United States District Judge

Order – Solo Page