**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (BWO) |
| Debtor. | |
| THE DUGABOY INVESTMENT TRUST, | |
| Appellant, | |
| v. | Case No. 3:25-cv-02724-L |
| HIGHLAND CLAIMANT TRUST, | |
| Appellee. | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PLEADINGS**

Sydney A. Rose of King & Spalding LLP on behalf of Appellant The Dugaboy Investment Trust ("Dugaboy") hereby gives notice of her appearance in this case pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010.

Please serve copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice to the following address:

Sydney A. Rose
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX  75201

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive Dugaboy's right to have final orders in non-core matters entered only after de novo review by a district judge; Dugaboy's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; Dugaboy's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Dugaboy is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Dugaboy expressly reserves.

Dated: April 27, 2026

Respectfully submitted,

KING & SPALDING LLP


*/s/ Sydney A. Rose*
Sydney A. Rose
Texas Bar No. 24150011
srose@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX  75201
Telephone:      +1 214 764 4600
Facsimile:      +1 214 764 4601

*Counsel for The Dugaboy Investment Trust*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on April 27, 2026 on all parties entitled to receive service through the Court's ECF system.


*/s/ Sydney A. Rose*

2