UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| **The Dugaboy Investment Trust**, <br><br> Appellant, <br><br> v. <br><br> **Highland Capital Management L.P.** and **Highland Claimant Trust**, <br><br> Appellees. | Case No. 3:25-cv-02724-L |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for appellant The Dugaboy Investment Trust.

Respectfully submitted.

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Appellant*
*The Dugaboy Investment Trust*

Dated: May 15, 2026

## CERTIFICATE OF SERVICE

I certify that on May 15, 2026, I served this document through CM/ECF upon all counsel of record in this case.

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
*Counsel for Appellant*
*The Dugaboy Investment Trust*